

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. 6:25-CR-40 |
| v. | § § | JUDGES JDK - KNM |
| CALEB TIMOTHY FOX | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

<u>Violation</u>: 18 U.S.C. §§ 933(a)(1) and (a)(3)
(Attempt or Conspiracy to Commit Firearms Trafficking)

On or about March 10, 2025, in the Eastern District of Texas, the defendant, **Caleb Timothy Fox**, did knowingly attempt and conspire to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, to wit:

1. a Winchester, model 190, .22LR caliber rifle;

2. a Springfield Arms, model 187s, .22LR caliber rifle;

3. a Remington, model S97, .22LR caliber rifle;

4. an American Tactical, 5.56 caliber rifle;

5. a Glock, model 43x, 9mm caliber pistol; and

6. a Glock, model 19, 9mm caliber pistol,

Indictment – Page 1

to another person, in or affecting interstate or foreign commerce, while knowing or having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in 18 U.S.C. § 932(a)).

In violation of 18 U.S.C. §§ 933(a)(1) and (a)(3).

Indictment – Page 2

# NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
## Pursuant to 18 U.S.C. §§ 934(a)(1)(A) and (B), and 28 U.S.C. § 2461(c)

As the result of committing the foregoing offense alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 18 U.S.C. §§ 934(a)(1)(A) and (B), and 28 U.S.C. § 2461(c):

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violations; and

2. any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

### Firearms/Ammunition:

Any and all firearms, ammunition and accessories, including, but not limited to, the following:

a Smith & Wesson, model 66-3, .357 caliber revolver, bearing serial number BPS7126.

### U.S. Currency:

$2,500.00 in United States currency.

### Cash Proceeds:

A sum of money equal to $15,000.00 in United States currency and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendant as a result of the offense(s) alleged in this indictment, for which the defendants are personally liable.

### Substitute Assets

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with a third person;
    (c) has been placed beyond the jurisdiction of the court;
    (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 934, to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendant.

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. §§ 934(a)(1)(A) and (B), and 28 U.S.C. § 2461(c).

              A TRUE BILL

              */s/ Foreperson*
              GRAND JURY FOREPERSON

ABE MCGLOTHIN, JR.
ACTING U.S. ATTORNEY

*/s/ Lucas Machicek*        3/26/25
LUCAS MACHICEK         Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA § 
§ CRIMINAL NO. 6:25-CR-_____
v. §
§ JUDGES _____
§
CALEB TIMOTHY FOX §

## NOTICE OF PENALTY

### COUNT ONE

Violation: 18 U.S.C. § 933

Penalty: Imprisonment for not more than 15 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years.

Special Assessment: $100.00